**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-80036-CR-MIDDLEBROOKS**

**UNITED STATES OF AMERICA**

**v.**

**JOHN GERARD KRANTZ,**

**Defendant.**
_______________________________/

**GOVERNMENT'S NOTICE OF FILING**

The United States of America, herein by the undersigned Assistant United States Attorney, offers the attached exhibit, a letter from Mr. Robert W. Parham, a treatment provider for the defendant. The government received the letter on April 25, 2023, after it was provided to the United States Probation Office. Mr. Parham has stated to the undersigned that he has spoken to the defendant and both Mr. Parham and the defendant do not object to Mr. Parham's letter being publicly filed.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

*By:* *Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
Court No. A5501906
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Tel: (561) 820-8777

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 25, 2023, I electronically filed this document and the exhibit to which it refers with the Clerk of Court using CM/ECF. I further certify that on April 26, 2023, I caused a true and correct copy of this document with exhibits to be mailed to John Krantz, 2507 Hillsdale Ave., Largo, FL 33774[1].

*s/ Gregory Schiller*
Gregory Schiller
Assistant United States Attorney

[1] This is the address the defendant used as the return address on the envelope used to mail his most recent motion to terminate his supervised release to the clerk of court.