PARHAM COUNSELING, INC.
S.H.A.R.E.: Sexual Health ● Awareness ● Rehabilitation ● Education

Robert W. Parham, M.A., LMHC
*Clinical Director*

4500 140th Ave. N., Suite 220
Clearwater, FL 33762
Phone: (813) 246-9428
E-mail: parhamcounseling@outlook.com

---

April 25, 2023

Donelle Eller
U.S. Probation Officer
4014 Gunn Highway, Room 250
Tampa, FL 34618

Re: John Krantz Requested Information

Dear Officer Eller:

On April 21, 2023 you requested, via e-mail, a written response to the status of Mr. Krantz's treatment and my position regarding his request for early termination of probation. Mr. Krantz began treatment in this contracted provider's office on March 3, 2020 when I conducted a "sex offender evaluation" as requested by his probation officer at the time, Jessica Spohn. Mr. Krantz had just been released from the Bureau of Prisons after a 151 month sentence and was beginning his 10-year supervised release condition. At that time Mr. Krantz was denying "the essential element of his crime."

Since being in treatment, Mr. Krantz has accepted full responsibility for his crime and has demonstrated a high level of motivation to progress through all phases of the program. He has demonstrated an awareness of the antecedents to his crime and the likely precursors to future sexual recidivism. With this insight he has developed a comprehensive relapse prevention and healthy living plan that provides a guide for how he will avoid risk factors and live a life that focuses on mental and emotional wellbeing.

Mr. Krantz successfully completed the treatment program on December 8, 2022, and has continued attending group therapy as required by probation on a twice-monthly basis. During this time, he reports on his ongoing positive community adjustment and actively participates in all group discussions. To be clear, the only reason he remains in treatment is due to the required step-down process of United States Probation; not because this provider believes it to be necessary.

As for my position on Mr. Krantz's request for early termination, I approach my decision from a purely clinical one. I do not believe, after such a lengthy time in prison, serving three years of probation with five straight passed polygraphs (including his sexual history polygraph), having no violations of probation, and being at low risk for sexual recidivism, that Mr. Krantz requires continued community supervision.

I hope that this sufficiently addresses the questions posed. Please let me know if I can be of more assistance with this matter.

Respectfully Submitted,

Robert W. Parham, M.A.

Robert W. Parham, M.A., LMHC-S