UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-80036-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOHN GERARD KRANTZ,
Defendant.
______________________________/

**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

**THIS CAUSE** comes before the Court pursuant to Defendant's Second Motion for Early Termination of Supervised Release (D.E. 95). Mr. Krantz has completed approximately 40 months of his 120 months of supervised release. The Government and U.S. Probation object to early termination of supervision based upon the serious nature of the offense and that the Defendant has not completed the maintenance phase of his sex offender treatment program. After reviewing the Defendant's motion, the Government's response (D.E. 97) and U.S. Probation's response, it is

**ORDERED and ADJUDGED** that Defendant's Second Motion for Early Termination of Supervised Release (**D.E. 95**) is **DENIED.**

**DONE AND ORDERED** at West Palm Beach, Florida this 26 day of April, 2023.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record
John Gerard Krantz, Defendant
U.S. Probation