**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**UNITED STATES OF AMERICA,** )
)
**v.** ) **Criminal No. 9:09-CR-80036-DMM**
)
**JOHN GERARD KRANTZ,** )
)
**Defendant.** )

FILED BY PCS D.C.
APR 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**RESPONSE TO GOVERNMENT'S RESPONSE IN OPPOSITION BY USA in re:**

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

---

**TO THE HONORABLE DONALD M. MIDDLEBROOKS, UNITED STATES DISTRICT JUDGE:**

In response, John Gerard Krantz, pro se, moves this Court to note errors and mischaracterizations of the defendant in their RESPONSE in Opposition by USA (DE #97), and to give the most weight in the decision-making process to the individuals who have spent the most time with Mr. Krantz on a weekly / monthly basis through treatment and direct supervision: Probation Officer Jessica Spohn and Mr. Robert Parham (DE #98).

"The government has consulted with United States Probation Officers Michael Parrish and Donelle Eller regarding the same (DE #97, pg 1)." Mr. Krantz met Officer Michael Parrish once in January 2020 while Krantz was waiting to re-locate to the Middle District where he could live with family members at an approved location (his release address in the Southern

District was not approved). Officer Donelle Eller has supervised Krantz for the past two months, which begs the question, why didn't the government consult with Probation Officer Jessica Spohn, who, up until March 2023, had direct uninterrupted supervision for three years? She had indicated she would recommend early termination this year.

The re-capping of events that occurred almost 15 years ago in the government's response under the Background section clearly demonstrates the frustration Mr. Krantz has experienced in filing various motions over the years, attempting to point out that he did engage in two sexualized chat sessions ("sexting") where he transferred video webcam images of himself masturbating to undercover agents he was led to believe was a minor female. He accepts full responsibility for this illicit conduct, however, it is not criminal behavior punishable under 18 US Code 2422(b) Coercion and Enticement statute; it is punishable under 18 US Code 1470, Attempted Transfer of Obscene Materials to a minor under 16 years of age. He never proposed that he was innocent of any wrongdoing, but that he had not engaged in criminal conduct punishable under 2422(b); he never attempted or solicited anyone to engage in sex as incorrectly stated in the government's response: "GIVEN KRANTZ' history of his solicitation of minor-aged girls for sex" written in the government's response (DE #97, Pg 10, paragraph 2) is a FALSE statement. Even when undercover agents attempted to coerce / entice Krantz into meeting at a shopping mall (the agents made the suggestion), Mr. Krantz declined to do so. Mr. Krantz has NO history of soliciting anyone, including minor-aged girls for sex. This can also be confirmed via Sexual History Questionnaire / Polygraph Test, which he passed.

Furthermore, page 11 of the government's response seems to reflect inaccurate information. Mr. Krantz has only met with Officer Eller on two occasions to date – he has only supervised Mr. Krantz since March and has communicated to Krantz that he is fully compliant

and rated low-risk, and to "keep doing what you're doing." Mr. Krantz is at a loss concerning Officer Eller's reports that the (Post-Conviction Risk Assessment) "PCRA" 'self-report section' was invalid due to KRANTZ' defensiveness? (DE #97 Page 11)." The remaining comments do not reflect what Mr. Parham provided in his letter (DE #98, Page 3):

> "On April 21, 2023 you requested, via e-mail, a written response to the status of Mr. Krantz's treatment and my position regarding his request for early termination of probation. Mr. Krantz began treatment in this contracted provider's office on March 3, 2020 when I conducted a "sex offender evaluation" as requested by his probation officer at the time, Jessica Spohn. Mr. Krantz had just been released from the Bureau of Prisons after a 151 month sentence and was beginning his 10-year supervised release condition. At that time Mr. Krantz was denying "the essential element of his crime."
>
> Since being in treatment, Mr. Krantz has accepted full responsibility for his crime and has demonstrated a high level of motivation to progress through all phases of the program. He has demonstrated an awareness of the antecedents to his crime and the likely precursors to future sexual recidivism. With this insight he has developed a comprehensive relapse prevention and healthy living plan that provides a guide for how he will avoid risk factors and live a life that focuses on mental and emotional wellbeing.
>
> Mr. Krantz successfully completed the treatment program on December 8, 2022, and has continued attending group therapy as required by probation on a twice-monthly basis. During this time, he reports on his ongoing positive community adjustment and actively participates in all group discussions. To be clear, the only reason he remains in treatment is due to the required step-down process of United States Probation; not because this provider believes it to be necessary.
>
> As for my position on Mr. Krantz's request for early termination, I approach my decision from a purely clinical one. **I do not believe, after such a lengthy time in prison, serving three years of probation with five straight passed polygraphs (including his sexual history polygraph), having no violations of probation, and being at low risk for sexual recidivism, that Mr. Krantz requires continued community supervision** (DE #98, Page 3, emphasis added)."

## SUMMARY

Once Mr. Krantz was able to stop obsessing over his legal battles and arguments of the past several years and put them aside, a huge weight was lifted off of Krantz's shoulders and with the assistance of Mr. Parham, through the S.H.A.R.E. group therapy program he was finally able to come face-to-face with the deplorable, illegal behavior he had ended up being involved in by allowing the lowering of his legal and moral boundaries. He started doing the hard, painful, embarrassing work of processing all aspects of his criminal activity, the pre-cursors, sexual history, contributing stressors, etc. Maybe, most importantly, being honest with himself and others to what he had done contributed to the beginning of real, productive rehabilitation. Truthful and meaningful completion of exercises, learning effective tools, developing a relapse prevention plan and sharing it with support group friends / family, reviewing and updating his plan on a regular basis and practicing what he has learned on a daily basis has prepared Mr. Krantz for a trouble-free, lawful future. Community supervision is no longer necessary.

Mr. Krantz moves this court to grant his request for early termination, taking into account the testimony herein provided from Mr. Parham (in excess of 25 years of experience in the treatment of sex offenders) who has had direct professional observation from a treatment aspect on a weekly basis over the past 3+ years and Senior Probation Officer Jessica Spohn who had directly supervised Krantz for 36 of the 40 months he has been on supervised release and had indicated she would recommend early termination, but was never consulted by the government.

Date: APRIL 27, 2023

Respectfully Submitted;

[signature]

John G. Krantz

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of April, 2023, a copy of this document entitled RESPONSE TO GOVERNMENT'S RESPONSE IN OPPOSITION BY USA in re: MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE was mailed, postage prepaid to:

United States Probation Office
501 South Flagler Drive
West Palm Beach, FL 33401-5912

U.S. Attorney's Office
500 S. Australian Ave, Ste. 400
West Palm Beach, FL 33401

John G. Krantz

PRESS FIRMLY TO SEAL PRESS FIRMLY TO SEAL

USMS INSPECTED

RDC 07 R2304P118927-22

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

28

USPS.COM/PICKUP

PS10001000006

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 667 685 533 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE (727) 916-1271

JOHN G. KRANTZ
2507 HILLSDALE AVE
LARGO, FL 33774

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

CLERK OF COURT
U.S. COURTHOUSE
701 CLEMATIS ST, ROOM 202
WEST PALM BEACH, FL

ZIP + 4® (U.S. ADDRESSES ONLY)

3 3 4 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

ORIGIN (POSTAL SERVICE USE ONLY)

☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 33770 | Scheduled Delivery Date (MM/DD/YY): 4/28/23 | Postage: $ 28.75 | |
| Date Accepted (MM/DD/YY): 4/27/23 | Scheduled Delivery Time: ☑ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 12:07 ☐ AM ☑ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 28.75 | |
| Weight: ☑ Flat Rate 2 lbs. 3 ozs. | Acceptance Employee Initials: A | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

EP13F July 2022
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.